UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANTONIO LUCERO, and JOSE CHILCHOA,
on behalf of themselves, and others similarly
situated,

                        Plaintiffs,

-against-

LOS POLLITOS RESTAURANT CORP., dba
LOS POLLITOS II, JULIO PAUCAR, and
JOSE PAUCAR,

                        Defendants.

Case No.: 13 Civ. 4626
(VMS)

**STIPULATION OF DISMISSAL**

---

The matter in the above-captioned action having been amicably resolved by and between plaintiffs, Antonio Lucero and Jose Chilchoa, and defendants Los Pollitos Restaurant Corp. dba Los Pollitos II, Julio Paucar, and Jose Paucar, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

CILENTI & COOPER, PLLC

By: _____
    Peter H. Cooper, Esq.
    Attorney for Plaintiffs

VIRGINIA G. ALVAREZ, ESQ.

By: _____
    Virginia G. Alvarez, Esq.
    Attorney for Defendants

Dated: Brooklyn, NY
8/28/14

So Ordered:

_____/s/:VMS_____
Vera M. Scanlon, U.S.M.J.